# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# BRISTLY

**Reg. No. 5,815,298**  
**Registered Jul. 23, 2019**  
**Int. Cl.: 3**  
**Trademark**  
**Principal Register**

Dertsakyan, Peter (UNITED STATES INDIVIDUAL)  
7700 Babcock Ave  
North Hollywood, CALIFORNIA 91605

CLASS 3: Non-medicated dental preparations for pets, namely, toothpaste and preparations for removing plaque; Home dental care products for dogs and cats, namely, toothpaste; Dental care and oral hygiene products for pets, namely, tooth cleaning preparations; Non-edible dental chews for pets; Non-medicated oral dental chews for dogs

FIRST USE 6-00-2018; IN COMMERCE 6-00-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-177,120, FILED 10-31-2018



Director of the United States  
Patent and Trademark Office