
# EXHIBIT 2

# United States of America
## United States Patent and Trademark Office

# BRISTLY

| | |
|---|---|
| **Reg. No. 5,844,832** | Dertsakyan, Peter (UNITED STATES INDIVIDUAL) |
| | 7700 Babcock Ave |
| **Registered Aug. 27, 2019** | North Hollywood, CALIFORNIA 91605 |
| **Int. Cl.: 21** | CLASS 21: Toothbrushes for animals; Toothbrushes for pets; Home dental care products for dogs and cats, namely, toothbrush |
| **Trademark** | FIRST USE 2-1-2017; IN COMMERCE 2-1-2017 |
| **Principal Register** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | SER. NO. 88-310,557, FILED 02-21-2019 |



Director of the United States
Patent and Trademark Office