# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-122-455**

Effective Date of Registration:
September 27, 2018

## Title

Title of Work: Photos of In Use Pet/Dog Toy For Oral Hygiene

## Completion/Publication

Year of Completion: 2018
Date of 1st Publication: June 20, 2018
Nation of 1st Publication: United States

## Author

- Author: Petros Dertsakyan
  Author Created: photograph, 2-D artwork
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1987

## Copyright Claimant

Copyright Claimant: Petros Dertsakyan
7700 Babcock Ave., North Hollywood, CA, 91605, United States
Transfer statement: author is claimant

## Limitation of copyright claim

Material excluded from this claim: sculpture

New material included in claim: photograph, 2-D artwork

## Rights and Permissions

Organization Name: David R. Preston, Ph.D., J.D., APC
Name: David Preston
Email: preston@drpna.com
Telephone: (858)724-0375
Alt. Telephone: (858)735-7132

|                             |                                                |
|----------------------------:|:-----------------------------------------------|
| Address:                    | 10765 Wallingford Road                         |
|                             | San Diego, CA 92126 United States              |

**Certification**

|                             |                        |
|----------------------------:|:-----------------------|
| Name:                       | David R. Preston       |
| Date:                       | September 27, 2018     |
| Applicant's Tracking Number:| DOGD-106.C.3           |

|                             |                                                |
|----------------------------:|:-----------------------------------------------|
| Correspondence:             | Yes                                            |
| Copyright Office notes:     | Basis for Registration: Unit of publication    |



Registration #: VA0002122455
Service Request #: 1-6990498131

David R. Preston, Ph.D., J.D., APC
David Preston
10765 Wallingford Road
San Diego, CA 92126 United States



# Deposit Materials








































