# EXHIBIT 4





EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE
CERTIFICATE OF REGISTRATION

This Certificate of Registration is hereby issued for the Registered Community Design identified below. The corresponding entries have been recorded in the Register of Community Designs.

AMT DER EUROPÄISCHEN UNION FÜR GEISTIGES EIGENTUM
EINTRAGUNGSURKUNDE

Diese Eintragungsurkunde wird für das unten genannte eingetragene Gemeinschaftsgeschmacksmuster ausgestellt. Die entsprechenden Einträge sind in das Register für Gemeinschaftsgeschmacksmuster aufgenommen worden.

www.euipo.europa.eu

Registered / Eingetragen 07/11/2018

No 005818606-0001

The Executive Director / Der Exekutivdirektor

Christian Archambeau



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

AMT DER EUROPÄISCHEN UNION FÜR GEISTIGES EIGENTUM

| | |
|---|---|
| 21 | 005818606-0001 |
| 25 | EN - DE |
| 22 | 07/11/2018 |
| 15 | 07/11/2018 |
| 45 | 15/01/2019 |
| 11 | 005818606-0001 |
| 73 | Peter Dertsakyan |
| | 7700 Babcock Avenue |
| | North Hollywood California 91605 |
| | ESTADOS UNIDOS (DE AMÉRICA) |
| 74 | SCHAUMBURG UND PARTNER PATENTANWÄLTE MBB |
| | Mauerkircherstr. 31 |
| | D-81679 München |
| | ALEMANIA |
| 51 | 30 - 99 |
| 54 | BG - Играчки за животни |

ES - Juguetes para animales

CS - Hračky pro zvířata

DA - Legetøj til dyr

DE - Spielzeug für Tiere

ET - Loomamänguasjad

EL - Παιχνίδια για ζώα

EN - Toys for animals

FR - Jouets pour animaux

IT - Giocattoli per animali

LV - Dzīvnieku rotaļlietas

LT - Gyvūnų žaislai

HR - Igračke za životinje

HU - Játékok állatoknak

MT - Ġugarelli għall-annimali

NL - Speelgoed voor dieren

PL - Zabawki dla zwierząt

PT - Brinquedos para animais

RO - Jucării pentru animale

SK - Hračky pre zvieratá

SL - Igrače za živali

FI - Eläinten lelut

SV - Djurleksaker

| | |
|---|---|
| 30 | US - 18/09/2018 - 29/663,715 |
| 57 | |
| 55 | |



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

AMT DER EUROPÄISCHEN UNION FÜR GEISTIGES EIGENTUM



0001.1



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

AMT DER EUROPÄISCHEN UNION FÜR GEISTIGES EIGENTUM



0001.2



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

AMT DER EUROPÄISCHEN UNION FÜR GEISTIGES EIGENTUM



0001.3



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

AMT DER EUROPÄISCHEN UNION FÜR GEISTIGES EIGENTUM



0001.4



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

AMT DER EUROPÄISCHEN UNION FÜR GEISTIGES EIGENTUM



0001.5



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

AMT DER EUROPÄISCHEN UNION FÜR GEISTIGES EIGENTUM



0001.6



EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

AMT DER EUROPÄISCHEN UNION FÜR GEISTIGES EIGENTUM



0001.7