# Exhibit 6

Type 1 Infringing Product against claim 1 of U.S Patent No. 10,477,838

| Text of Claim 1 | Type 1 Infringing Product |
|---|---|
| A chew toy for pet dental hygiene, comprising: | This is the preamble. |
| a) a central chewing member, comprising: |  |
| i) at least two U-shaped grooves that comprise, on at least a portion of all internal surfaces of said at least two U-shaped grooves, a plurality of protruding scrubbing elements; | |
| a) wherein said at least two U-shaped grooves generally define said central chewing member with a first and second end; | |
| b) further wherein said at least two U-shaped grooves are arranged parallel to each other and perpendicular, at said second end, to at least one bottom stabilizing portion; | |
| c) further wherein said at least two U-shaped grooves are each substantially the length of said central chewing member; | |
| d) further wherein said at least two U-shaped grooves are positioned on opposing sides of said central chewing member; | |
| e) further wherein each said at least two U-shaped grooves is generally U-shaped in cross section across said central chewing member; | |

1

Type 1 Infringing Product against claim 1 of U.S Patent No. 10,477,838



ii) a plurality of nub shaped elements positioned on an outside surface of said central chewing member;

iii) at least one central aperture in said first end of said central chewing member and an at least one longitudinal cavity that begins at said aperture and runs at least a portion of the length of said central chewing member;

iv) at least one dispensing hole communicating between said at least one longitudinal cavity and said at least two U-shaped grooves, wherein said at least one dispensing hole is perpendicular to said at least one longitudinal cavity;

Type 1 Infringing Product against claim 1 of U.S Patent No. 10,477,838

b) said at least one bottom stabilizing portion, comprising:

i) at least one substantially flat projection that stabilizes said chew toy when in use;

ii) wherein said at least one projection is perpendicular to said central chewing member;

iii) wherein said at least one bottom stabilizing portion is configured to stabilize said chew toy in an upright position; and



Chew toy is a unitary structure made of non-toxic material.

wherein said chew toy is a unitary structure made of non-toxic material.

3