# Exhibit 9

Type 6 Infringing Product against claim 1 of U.S Patent No. 10,477,838

| **Text of Claim 1** | **Type 4 Infringing Product** |
|---|---|
| A chew toy for pet dental hygiene, comprising: | This is the preamble. |

a) a central chewing member, comprising:

i) at least two U-shaped grooves that comprise, on at least a portion of all internal surfaces of said at least two U-shaped grooves, a plurality of protruding scrubbing elements;

a) wherein said at least two U-shaped grooves generally define said central chewing member with a first and second end;

b) further wherein said at least two U-shaped grooves are arranged parallel to each other and perpendicular, at said second end, to an at least one bottom stabilizing portion;

c) further wherein said at least two U-shaped grooves are each substantially the length of said central chewing member;

d) further wherein said at least two U-shaped grooves are positioned on opposing sides of said central chewing member;

e) further wherein each said at least two U-shaped grooves is generally U-shaped in cross section across said central chewing member;



SIDE VIEW



TOP VIEW

Type 6 Infringing Product against claim 1 of U.S Patent No. 10,477,838

ii) a plurality of nub shaped elements positioned on an outside surface of said central chewing member,



iii) at least one central aperture in said first end of said central chewing member and an at least one longitudinal cavity that begins at said aperture and runs at least a portion of the length of said central chewing member;



iv) at least one dispensing hole communicating between said at least one longitudinal cavity and said at least two U-shaped grooves, wherein said at least one dispensing hole is perpendicular to said at least one longitudinal cavity;



2

Type 6 Infringing Product against chim 1 of U.S Patent No. 10,477,838

b) said at least one bottom stabilizing portion, comprising:

i) at least one substantially flat projection that stabilizes said chew toy when in use;

ii) wherein said at least one projection is perpendicular to said central chewing member;

iii) wherein said at least one bottom stabilizing portion is configured to stabilize said chew toy in an upright position; and



wherein said chew toy is a unitary structure made of non-toxic material.

Chew toy is a unitary structure made of non-toxic material.