# U.S. District Court

## Pennsylvania Western - Pittsburgh

Receipt Date: Nov 9, 2022 9:21AM

BRIAN MALKIN

Rcpt. No: 200001177          Trans. Date: Nov 9, 2022 9:21AM          Cashier ID: #CB

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $402.00 |

Total Due: $402.00
Total Tendered: $402.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: 2:22-cv-1584

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

---

COURTS/USDC-PA-W
3100 US COURTHOUSE 700 G
PITTSBURGH, PA 15219
(412) 208-7500

SALE

REF#: 00000001   RRN: 510100001
Batch #: 313001        10:21:53
11/09/22
APPR CODE: 889141
AMEX              Chip
************2136    **/**

AMOUNT        $402.00

APPROVED
MALKIN/BRIAN S

AMERICAN EXPRESS
AID: A000000025010801
TVR: 00 00 00 80 00
TSI: F8 00

I AGREE TO PAY ABOVE TOTAL AMOUNT
IN ACCORDANCE WITH CARD ISSUER'S
AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
RETAIN THIS COPY FOR STATEMENT
VERIFICATION

MERCHANT COPY